# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Wilger v. Aviles, et al

Case Number: 23cv2231

An appearance is hereby filed by the undersigned as attorney for:

Ivan Aviles

Attorney name (type or print): Steven B. Borkan

Firm: Borkan & Scahill, Ltd.

Street address: 20 South Clark Street, Suite 1700

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6193463
(See item 3 in instructions)

Telephone Number: 312-580-1030

Email Address: sborkan@borkanscahill.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 04/21/2023

Attorney signature: S/ Steven B. Borkan
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015